445 A.2d 217

Commonwealth v. Tinsley, Appellant.

 Submitted September 9, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.